UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-cr-20812
Hon. Matthew F. Leitman

v.

CAROL ALMERANTI,

    Defendant.
_____/

# ORDER AMENDING BOND CONDITIONS

Defendant Carol Almeranti is a criminal defendant in this Court. She is currently free on bond subject to certain bond conditions. (*See* Bond, ECF No. 24.) Almeranti's bond conditions are amended as follows:

- As Almeranti requested in her *ex parte* petition to permit specific travel (*see* ECF No.56), Almeranti may travel to Peru during the following dates: May 28, 2020 – June 7, 2020.

- Pretrial services is directed to return Almeranti's passport to Almeranti in sufficient time to allow her to travel during the time period referenced above.

- By not later than May 21, 2020, Almeranti shall provide pretrial services a detailed itinerary of her planned travel, including flight and accommodation information.

1

- By not later than June 11, 2020, Almeranti shall return her passport to pretrial services.

- In all other respects, Almeranti's bond conditions remain in full force and effect.

**IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                      Case Manager
                                      (810) 341-9764