UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 18-cr-20812
    Hon. Matthew F. Leitman

D3, CAROL ALMERANTI,

    Defendant.
_____/

### ORDER (1) GRANTING DEFENDANT'S PETITION AND AMENDED PETITION TO PERMIT SPECIFIC TRAVEL (ECF Nos. 80, 81) AND (2) AMENDING BOND CONDITIONS

Defendant Carol Almeranti is a criminal defendant in this Court. She is currently free on bond subject to certain bond conditions. (*See* Bond, ECF No. 24.) On July 30, 2021, Almeranti filed a Petition to Permit Specific Travel. (*See* Pet., ECF No. 80.) Almeranti filed an Amended Petition on August 16, 2021. (*See* Am. Pet., ECF No. 81.) The petitions are **GRANTED** and Almeranti's bond conditions are amended as follows:

- Almeranti may travel to Mexico during the following dates: January 12, 2022 – January 19, 2022.

- Pretrial services is directed to return Almeranti's passport to Almeranti in sufficient time to allow her to travel during the time period referenced above.

1

- By not later than January 2, 2022, Almeranti shall provide pretrial services a detailed itinerary of her planned travel, including flight and accommodation information.

- By not later than January 24, 2022, Almeranti shall return her passport to pretrial services.

- In all other respects, Almeranti's bond conditions remain in full force and effect.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman  
                                                MATTHEW F. LEITMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: August 17, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9764