UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 18-cr-20812
Hon. Matthew F. Leitman

v.

D3, CAROL ALMERANTI,

        Defendant.

_____/

### ORDER (1) GRANTING DEFENDANT'S PETITION TO PERMIT SPECIFIC TRAVEL (ECF No. 91) AND (2) AMENDING BOND CONDITIONS.

Defendant Carol Almeranti is a criminal defendant in this Court. She is currently free on bond subject to certain bond conditions. (*See* Bond, ECF No. 24.) On September 21, 2022, Almeranti filed a Petition to Permit Specific Travel (*See* Pet., ECF No. 91). The Petition is **GRANTED** and Almeranti's bond conditions are amended as follows:

- Almeranti may travel to Grenada, West Indies during the following dates: February 5-11, 2023.

- Pretrial services is directed to return Almeranti's passport to Almeranti in sufficient time to allow her to travel during the time period referenced above.

1

- By not later than January 26, 2023, Almeranti shall provide pretrial services a detailed itinerary of her planned travel, including flight and accommodation information.

- By not later than February 16, 2023, Almeranti shall return her passport to pretrial services.

- In all other respects, Almeranti's bond conditions remain in full force and effect.

**IT IS SO ORDERED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  September 21, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 21, 2022, by electronic means and/or ordinary mail.

        s/Holly A. Ryan
        Case Manager
        (313) 234-5126