UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-

D3, CAROL ALMERANTI,

      Defendant.
_____/

Case No. 18-cr-20812
Hon. Matthew F. Leitman

## ORDER (1) GRANTING DEFENDANT'S PETITION TO PERMIT SPECIFIC TRAVEL (ECF No. 97) AND (2) AMENDING BOND CONDITIONS.

Defendant Carol Almeranti is a criminal defendant in this Court. She is currently free on bond subject to certain bond conditions. (*See* Bond, ECF No. 24.) On February 28, 2023, Almeranti filed a Petition to Permit Specific Travel (*See* Pet., ECF No. 97). The Petitions are **GRANTED** and Almeranti's bond conditions are amended as follows:

- Almeranti may travel to Farro, Portugal and Santiago Compostela, Spain during the following dates: August 30, 2023 to September 16, 2023.

- Pretrial services is directed to return Almeranti's passport to Almeranti in sufficient time to allow her to travel during the time period referenced above.

1

- By not later than August 18, 2023, Almeranti shall provide pretrial services a detailed itinerary of her planned travel, including flight and accommodation information.

- By not later than September 22, 2023, Almeranti shall return her passport to pretrial services.

- In all other respects, Almeranti's bond conditions remain in full force and effect.

**IT IS SO ORDERED**.

      /s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: March 1, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2023, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (313) 234-5126