UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,        Case No. 18-cr-20812-3
                  Hon. Matthew F. Leitman

-vs-

D-3 CAROL ALMERANTI,

    Defendant.

_____/

## ORDER (1) GRANTING DEFENDANT'S PETITION TO PERMIT SPECIFIC TRAVEL (ECF No. 97) AND (2) AMENDING BOND CONDITIONS.

Defendant Carol Almeranti is a criminal defendant in this Court. She is currently free on bond subject to certain bond conditions. (*See* Bond, ECF No. 24.) On January 17, 2024, Almeranti filed a Petition to Permit Specific Travel (*See* Pet., ECF No. 109). The Petitions are **GRANTED** and Almeranti's bond conditions are amended as follows:

- Almeranti may travel outside of the country on a Norwegian Cruise from her home to South Hampton, England. The cruise will depart England and return home from Reykjavik, Iceland during the following dates: May 9, 2024, to May 25, 2024.

- Pretrial services is directed to return Almeranti's passport to Almeranti in sufficient time to allow her to travel during the time period referenced above.

1

- By not later than May 1, 2024, Almeranti shall provide pretrial services a detailed itinerary of her planned travel, including flight, cruise and accommodation information.

- By not later than June 1, 2024, Almeranti shall return her passport to pretrial services.

- In all other respects, Almeranti's bond conditions remain in full force and effect.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 22, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126